LETTIE H. WITHERSPOON, Appellant, *v.* ARTHUR J. EAMES, Respondent.

(Argued May 7, 1930; decided June 3, 1930.)

*Charles Waldron Clowe* for appellant.
*Allan H. Treman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: LEHMAN, J.